IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GLORIA J. SHAW,

    Plaintiff,

v.                                    No. 14-1006

WEAKLEY COUNTY AMBULANCE
SERVICE INC.,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING CASE
_____

        This personal injury action was brought by the *pro se* Plaintiff, Gloria J. Shaw, on January 13, 2014. On April 15, 2014, the United States Magistrate Judge recommended the case be dismissed on statute of limitations grounds. (D.E. 10.) No objection to the magistrate judge's report and recommendation has been filed and the time for such objection has expired.

        The Court has carefully reviewed the report and recommendation and the relevant materials in the file and finds the recommendation correct in all respects. Accordingly, the report and recommendation is ADOPTED as the order of the Court and this matter is DISMISSED.

        IT IS SO ORDERED this 13th day of May 2014.

                                                      s/ J. DANIEL BREEN
                                                      CHIEF UNITED STATES DISTRICT JUDGE